IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANDREW TYLER PERKINS                                                                 PLAINTIFF

V.                              CASE NO. 6:16-CV-06033

SHERIFF DAVID WHITE                                                                 DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 8, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of January, 2017.

                                                          /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          United States District Judge